■ In the Matter of CLEMENT SMITH, as Father and Natural Guardian of PATRICK SMITH, an Infant, Respondent, v. BEECH-NUT LIFE SAVERS, INC., et al., Appellants.—

Rabin, Hopkins, Munder and Benjamin, JJ., concur; Christ, P. J., not voting.